**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   14-cv-03357-WJM

D'ANNA L. HOUSEMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Reversing Administrative Law Judge's Decision And Remanding For An Immediate Award Of Benefits, entered by the Honorable William J. Martínez, United States District Judge, on November 2, 2015,

IT IS ORDERED that Defendant's determination that Plaintiff is not disabled is REVERSED.

IT IS FURTHER ORDERED that this matter is REMANDED to the Commissioner for an immediate award of benefits as of October 30, 2006, Plaintiff's disability onset date.

Dated at Denver, Colorado this 2nd day of November, 2015.

                BY THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:   s/Deborah Hansen
                Deborah Hansen, Deputy Clerk